Exhibit A



郭文贵最新爆料：对习近平惊天霹雳的爆料 19大现场绝对有大事发生。。

276,984 views

👍 753   👎 351   ➤ SHARE   ≡+   ⋯



搞笑 娱乐 奇葩
Published on Oct 13, 2017

SUBSCRIBE 5.9K

郭文贵最新爆料：对习近平惊天霹雳的爆料 19大现场绝对有大事发生。。

965 Comments        SORT BY



▎Pinned by 搞笑 娱乐 奇葩

天使捍衛者  1 week ago (edited)
看過你幾次的爆料，雖然不知道你的爆料的真實性，但覺得你這個人，推動中國要追求民主、自由、法治的主張理念，應該



**郭文贵:** [00:00:00]
收拾我啊，付钱呢。嗯，还有丹东那个傻瓜也出来付钱要追杀我，还有另外一个老板也要出来追杀我。我说，许家印到处诬陷我，也要对我下手。很简单，就你们以为我影响了你们利益集团的盗国计划，揭穿你们的真相。你们要想灭我，灭郭文贵，来不揭发你们这些真相，那你就错了。嗯，那你就错了。只有解决两个方式。[00:00:30]
咱们坐下来谈，把钱还给老百姓，咱们拉倒。如果你想以一直以来灭掉郭文贵，你试试看看。一，你灭不了，99.9%，你有0.1%的机会灭了我的话，咱大家一起完蛋，就这么简单。嗯，咱不信就试试。所以，郭文贵你拿钱也买不了我，我也不要权力，我也不在乎名儿，所以说你能把我怎么着啊。[00:01:00]
今天在我身上体现了，我俗化了28年，我潜伏那么长时间，任何中国老板，你的生活品质，钱的干净，别跟郭文贵比，以任何人别比，比你们都强。我见的事情，吃的喝的物质，都比你们强。我个人的财富，都比你们强。我一毛钱都没有。我的家族，完全够我用了。嗯，名我绝对不要，我不会想马云似的当着人家讲讲，叫全世界有智慧，什么老大，那都是傻子。[00:01:30]
所以说我们都知道的很，也不会要这东西，沽名钓誉。所以，郭文贵没有任何东西可以收买。郭文贵只要真相，只要郭其祥，而决不允许十九大，让你们这些人再搞权力的恐怖平衡，也绝对不允许让这些家族继续控制习主席。嗯，就这么简单。我跟习主席无亲无故，说啥的都有，这几天也有各种人来跟我说。[00:02:00]
习主席满脑子共产主义，习主席不会搞民主自由法制，什么什么，说啥我都不管，我就是三点。我开了三点。三年内我也回不了国，他依不依法治国跟我实际有什么利益，对不对啊？就这么简单，我的追求不会改变，我只对十四亿人民负责。再一个，五毛，老实说，这个，什么，给谁钱给谁，[00:02:30]
我爱给谁钱给谁钱，你管得着么？我都给了，你能管得着吗。赵明我给了，陈小平我给了，何平我给了，郭宝胜我给了。我都给了，怎么滴，一人给了一个亿。你有办法吗？我给钱我合法，你管得着吗？天天说给这个钱给那个钱，很多人老出来澄清，我没要钱。你就说，都我收了。我都给了，能怎么滴？我们给钱是合法的，说明我大方，说明我有钱，哼，跟你们啥关系都没有，你们这些五毛。

**郭文贵:** [00:03:00]
有啥意思？再说郭文贵强奸了、郭三秒了、杀人了、这个花了安全部的钱了、飞机不是自己了，跟你们什么关系啊？那有美国有法律，现有美国法律管，用不着你们管，咸吃萝卜淡操心，有用吗？你这五毛这些你们的龌龊，你们这些小动作，让所有的推友看清了你们的嘴脸，同时你们已经被时代抛弃了[00:03:30]
，孙立军、孟建柱、傅政华、王岐山你们所有的行动都证明了你们的无能，证明了你们的无知。现在我基本说到这，就算了，我看看啊，我看看推友有什么样说的。这个大家要记住，[00:04:00]
十九大那一天开会的时候，你们会听到惊天霹雳，惊天的霹雳，让所有的人都给震撼，我希望不让习主席误会，我没有任何让你们不舒服，但是我说的是真相，要拿政治出来。赖昌星的事我们就不提了吧，没时间提他，太多事要做了[00:04:30]
。董卿的儿子百分之百孙立军的，董卿的儿子百分之百孙立军的啊。山东老乡，山东老乡问我，就是马岭圩拿我请功啊，王晓红肯定是公安部长，政法委副书记啊，肯定

File name: 郭文贵最新爆料对习近平惊天霹雳的爆料 19大现场绝对有大事发生.mp4



的。十九大的会[00:05:00]
开不明白，不管怎么开，开不明白。吉林老乡，吉林老乡，好家伙，好。呵呵，这些五毛们简直是，五毛们低级庸俗到了极点，作孽啊。[00:05:30]
我就不多说了，今天的这个报平安节目呢到此为止，接下来的几天，我还是要全力以赴地准备全球新闻发布会，而且全球新闻发布会大家一定记住啊，我们的形式现在先不说啊，这个，大家你们记住，结果最重要，结果最重要啊。中共十九大--

**郭文贵：[00:06:00]**
我告诉你，开的将是永远不一样的十九大，这回的十九大，它永远不叫它要明白，十九大的人要明白，现在是科技的时代，信息的时代，不是你们想说怎么样就怎么样，开招待会，你发个稿，安排好的人提问提问，你就拉倒了，不可能，今年十九大海外场，就是郭文贵是主场，咱再走着瞧，[00:06:30]
十九大的海外场主场，郭文贵主场，我相信全中国14亿人但凡有脑子的最想看的是海外主场，你开招待会的同时，我就开，你回答问题的时候，我就同时说你这个问题，你这个人谁来当主持人，我就说你这个人，你这常委出来告诉常委哪个人哪个人是好人，哪个人是腐败分子，然后我就亮出证据，十九大，在同时开会，[00:07:00]
这个会让你们看到中国越不依法治国，只要中国不是解决以贪反贪、以黑治国、以警治国，中国这个十九大就必须要开始停止，因为它会继续祸害人民，它会继续让中国有无数个杨改凡、无数个文阳、无数个聂树斌、无数个郭文贵，也会产生无数个马云、徐佳莹，啊，[00:07:30]
无数个这样的人，国将不国，大家全完蛋。所以说，十九大必须依法治国，郭其祥以贪反贪、以警反贪、以黑反贪已经解决了，就别提你孟建柱、王岐山了的事实，你干啥你知道，不是试了七八个月了吗，接着往下试，啊，把你们的招都亮出来，把你们的招都亮出来，十九大，大家做好那几天，提前休息好，[00:08:00]
那几天，它开会我就开会，我们那时候我就准备调时差了，这个它开会我们就开会，它闭幕我们就闭幕，啊，这个就跟它同时开，他们到各省这个去去座谈，我就对各省去座谈的领导，像安徽的这个省委书记白耀卿早期，把姚依林受难，拍马屁，他一定是有王岐山抓他的把柄，随时双规[00:08:30]
，这点小玩意儿，你等着看啊，大家希望所有的推友们，这个随时跟我们保持联系，我再说一遍，上次啊，上次那个崔勇明白的那个东西啊，那个渠道是最关键的，不要这个了，不要这个了啊，这个这个啊，最后要说的事情，这两天讨论很多的是网上，有各种的这样的大会，包括像唐国祥民主大会，我不知道--

**郭文贵：[00:09:00]**
什么大会啊，这个，还有这个巴黎的请郭会，澳洲的请郭会、后援会、声援会，还有这个这个其他的会还有很多，包括日本，现在都在整理，我现在包括现在这个宝胜先生的推筹会，我再次声明一点，我任何人推筹会也好、推筹党也好，本人不出任任何职务，也不参加任何组织，我尽可能地提供我的支持[00:09:30]
，但是任何人只要想要社会募捐，我马上跟你切断关系，咱先都搞清楚啊，任何人募捐，我就跟你切断关系，因为我们这个时候不能募捐，我们过去的就是民运的同志们就是我跟刘艳平的说话当中你们看得到，他们对民运的人多么看不起，这个包括孙丽

File name: 郭文贵最新爆料对习近平惊天霹雳的爆料 19大现场绝对有大事发生.mp4



娟就是说到这个民运分子的时候,就饭都混不上**[00:10:00]**,就是骗捐党,要饭党,就会要钱,这个让我心里很受挫,我们的民运很多人付出了一生的代价,民运分子有六四,有七七,还有现在一系列的这些受伤害的人,我们不能让人这么看不起,现在我们又开始又变成了要饭党,又骗捐党,然后呢这个捐款不清不楚,这个对**[00:10:30]**
我们大家是个巨大的伤害,巨大的伤害,所以说我要给大家说我坚决反对,凡是以这个捐款、募捐的,我立马跟你们划清界限,大家既然有民主,有追求民主法治自由的心和动力,尽其所能奉献自己的时间和工作,包括部分的一些金钱,但不能搞募捐,不能推特是不是又黑了?**[00:11:00]** 推特--
所以呢,我希望大家知道郭文贵绝对反对任何形式的--
跟郭文贵有关的募捐,本人与一切有关这些的事情断绝关系,这是文贵现在正式发出的这个正式的,谢谢大家对我的--
来自欧洲像张建先生,昨天还有局里先生,局里习,巴黎这个节目,**[00:11:30]**
我很感动啊,现在很多人,郭国清啊,还有这个绅德先生啊、郭宝胜先生,还有朱大姐啊,这个最近的这些各种节目请我的,都特别多,我相信会越来越多,因为有良知的人越来越多,关心国家民主法治自由的人越来越多,中国现在不能乱,中国人必须需要法治,法治需要民主的基础。

**郭文贵:[00:12:00]**
需要一定的自由的基础。中国司法要独立,中国媒体要独立。以国家安全利益为主的情况下,必须要实行这个。这是我追求的,其他的跟我没关系。嗯,我再次的澄清,郭其祥是我追求的一切的基础。依法治国是核心,打击盗国贼是维护国家民族利益的、根本的、现实的、急需和迫切的急需,迫切的需要。这就是文贵的主张。**[00:12:30]**今天的"文贵九月十号报平安治国"就到此为止。
一切都是刚刚开始。谢谢所有推友们的关心,关注。谢谢!

File name: 郭文贵最新爆料对习近平惊天霹雳的爆料 19大现场绝对有大事发生.mp4



**GUO Wengui: [00:00:00]** Come and get me, and money is paid. Oh, and the stupid person from Dandong will also pay money to kill me, and another boss will also come out to kill me. I say, XU Jiayin frames me everywhere, and will also do bad things to me. Very simple, you think that I affect your interest group's plan to steal the country, exposing the truth. You want to kill me, to kill GUO Wengui, so that I will not expose the truth about you, then you are wrong. Right, you are wrong then. There are only two ways to resolve it. **[00:00:30]** We sit down and talk and give the money back to the people, and then we will be even. If you want to kill GUO Wengui as always, you go and try it. First, you cannot kill me, 99.9% you can't. Even if you had 0.1% of chance to kill me, then we will die together. It's that simple. Um, if you don't believe it, then you can try it. So, I, GUO Wengui, you cannot buy me with money. I don't want power. I don't care about fame. So, what can you do to me? **[00:01:00]** It shows up on me today. I prepared for 28 years, and I lurked for such a long time. For any of the bosses in China, you cannot compare your lifestyle quality, and the cleanliness of your money to GUO Wengui, and I am better compared to anyone. The things I see, the things I eat and drink are all better than yours. My personal wealth is better than yours. I don't have a single dime. My whole family has enough money for my use. Um, I don't want fame. I am not like Jack MA who tells a lot of things to people, telling people about wisdom all over the world, something like the big shot. They are all fools. **[00:01:30]** So, we know very well, and I don't want fame and reputation. So, there is nothing people can bribe GUO Wengui with. GUO Wengui only wants the truth, and will not allow the 19th National Congress to have those people to conduct balance of terror, and will absolutely not allow those families to continue to control President XI. Um, It's that simple. I don't have any relations with President XI. People say different things, and many people are telling me things these days. **[00:02:00]** Things like President XI thinks about communism all the time, President XI will not go for democratic freedom, etc. I don't care about what they say. I just have my three points. I have my three points. I can't go back to China within three years. What benefits do I have whether he governs the country according to the laws or not, right? It's that simple. I won't change my pursuit, and I'm only responsible for the 1.4 billion people. Also, the fifty cents, to tell you the truth, this, that, money given to whom, **[00:02:30]** I will give money to whomever I like. What can you do? I gave to all of them. What can you do about it? I gave it to ZHAO Ming. I gave it to CHEN Xiaoping. I gave it to HE Ping. I gave it to GUO Baosheng. I gave to everyone. What about it? I gave each 100 million. What can you do about it? I gave them money and I did it legally. What can you do about it? You say every day that I gave money to this person and that person, and many people have come out to clarify that they didn't ask for money. You can say that you accepted the money for all. I gave money to all of them. What can you do about it? I gave money legally, and it shows that I'm generous, and it shows that I have money. It has nothing to do with you, your fifty cents.

**GUO Wengui: [00:03:00]** Does it have anything interesting? Again, things like GUO Wengui raped, GUO killed people, someone spent the money from the Ministry of Security, the airplane is not mine anymore, etc. What do they have anything to do with them? There are laws in the US. The laws in the US govern me now. You don't need to govern. What does it do if you worry about all these? Your fifty cents, the dirty things that you do, the sneaky things that you do, all friends on Twitter have seen your ugly faces, and at the same time, you are being abandoned by the times. **[00:03:30]** SUN Lijun, MENG Jianzhu, FU Zhenghua and WANG Qishan, all of your actions showed your inability to do anything and proved your

File name: GUO Wengui newest exposure has the shocking exposure about XI Jinping. The 19th National Congress will have large event onsite.mp4



ignorance. Now I'll just stop here. That's it. Let me see, let me see what Twitter friends have anything to say. You need to remember, **[00:04:00]** the day that the 19th National Congress opens, you will hear lightning and sounds of thunder, sounds of thunder, and all people will be shocked. I hope President XI will not misunderstand me, and I don't want to make you feel uncomfortable. But I need to tell the truth, and to deliver politics. Let's not mention LAI Changxing. I don't have time to talk about him. There are many things to do. **[00:04:30]** DONG Qing's son is SUN Lijun's one hundred percent. It is one hundred percent true that DONG Qing's son is SUN Lijun's. A friend from Shandong, a friend from Shandong asked me, that is using MA Lingyu to ask for a reward. WANG Xiaohong is definitely the Minister of Public Security and deputy party secretary of the Politics and Law Committee. Definitely. The 19th National Congress **[00:05:00]** will be muddy, no matter how it opens, it will be muddy. A friend from Jilin, a friend from Jilin, good friend, good. Haha, your fifty cents, your fifty cents are really low and vulgar, to the extreme. Bad karma. **[00:05:30]** I won't say it anymore. Today's safety greetings end here. In the next few days, I will work hard to prepare for the global news conference, and please remember about the global news conference, but I will not tell you the format now. This, you remember, the result is the most important thing. The result is the most important thing. The 19th National Congress of the Chinese Communist Party--

**GUO Wengui: [00:06:00]** I tell you, this will be a forever different 19th National Congress. This time, the 19th National Congress, they never understand, but everyone at the 19th National Congress will need to understand that now it is the era of scientific technology, the era of information. It will not happen the way you want it to happen, have a press conference, you send out a draft, arrange people to ask you prepared questions, and then that's it. It's impossible. This year, the 19th National Congress, there is an overseas site, that's GUO Wengui's congress. Let's wait and see. **[00:06:30]** The main overseas site for the 19th National Congress, GUO Wengui's site, I believe all the 1.4 billion people in China who are conscious will want to see the overseas congress. When you have your press conference, I will have it at the same time. When you answer the questions, I will discuss the questions at the same time. Who will be the host, I will talk about it. I will say to this standing committee member, which standing committee member is good, and which one is corrupt, and then I will show evidence. The 19th National Congress, and at the same time I will have the meeting. **[00:07:00]** You will see that the more China does not govern the country according to law, the more China does not resolve the issue of using corruption to fight against corruption, using mafia to govern the country, using the police to govern the country, then the 19th National Congress in China will need to be stopped because it will continue to damage the people, and it will cause many YANG Gaifan, numerous WEN Yang, numerous NIE Shubin and numerous GUO Wengui to appear, and it will have numerous Jack MA and XU Jiaying. **[00:07:30]** There will be many people like that, so the country will not be a country and everyone will be finished. So, for the 19th National Congress, they have to govern the country according to law. GUO Qixiang using corruption to fight corruption, using police to fight corruption and using mafia to fight corruption has already been resolved, so you don't need to mention about the facts related to MENG Jianzhu and WANG Qishan. How do you know? Didn't we try for 7 or 8 months already? You can keep trying. Ah, you can use all the ways you have and show all the things that you can do. The 19th National Congress, everyone, be prepared for it. Please rest well in advance. **[00:08:00]** For

File name: GUO Wengui newest exposure has the shocking exposure about XI Jinping. The 19th National Congress will have large event onsite.mp4



those days, when it opens, I will also have a conference. At that time, I will be prepared to adjust my jet lag, and when it holds the meeting, I will also hold a meeting. When it closes, I will close the meeting. I will have it at the same time. When they have meetings with the leaders of the provinces, I will talk about the leaders of the provinces, such as BAI Yaoqing, the party secretary of Anhui Province, and YAO Yilin, who must have detrimental information about WANG Qishan, and he will be double-regulated at any time. **[00:08:30]** These little games, you can wait and see. We hope that all Twitter friends can keep in touch with me at any time. I say it again, the previous time, previous time, the thing that CUI Yong understood, the channels are the most important. No need for this, no need for this. This, this, and the last thing, the discussions of the last two days are mostly online. There are many conferences, such as TANG Guoxiang democratic meeting, I don't know--

**GUO Wengui [00:09:00]** What meeting, this, and those GUO Support Meeting in Paris, the GUO Support Meeting in Australia, the backup support meeting, the voice support meeting, and also other meetings, including those in Japan, and we are all sorting them out. I now include Mr. Baosheng's Twitter fundraising meeting. I want to state again, for anyone's Twitter fundraising meeting, Twitter fundraising party, I will not hold any position and will not join any organization. I will try my best to provide my support. **[00:09:30]** However, if anyone wants to fundraise in society, I will cut off the relationship with you immediately. We need to be very clear. If anyone makes a fundraising activity, I will cut off the relationship with you immediately, because we cannot fundraise at this time. In our past, for those democratic movement people, LIU Yanping and I talked about this, and you can see how they looked down on our democratic movement people, including when SUN Lijuan talked about the democratic people. They don't have money to eat, **[00:10:00]** so they just swindle donations for the party, and they beg for money for the party, and they just know how to ask for money. This discouraged me a lot. Our democratic movement caused many people to pay for their lives, their whole lives, and for democratic movement people, there are the June 4 and July 7, and now there are many people who have been injured or hurt. We cannot be looked down by others, and now we have become a party that begs for food or money, or a party that swindles for donations, and then the donations become unclear, so this **[00:10:30]** is a huge damage to us, a huge damage, so I tell everyone that I am firmly against it. Anything related to donations or fundraising, I will immediately draw a clear line with you. If you have democracy, you have the heart and motivation to pursue democratic freedom and governance by law, you can devote your own time and work, including some money, but you cannot fundraise. Is Twitter being hacked again? **[00:11:00]** Twitter, so I hope that everyone knows that GUO Wengui is absolutely against any form of, any fundraising related to GUO Wengui, and I will cut of any relationship with anything related to it. This is a formal thing that I am stating right now formally. Thank you everyone, such as Mr. ZHANG Jian from Europe, and Mr. JU Li from yesterday, JU Lixi, the program in Paris, **[00:11:30]** I am very touched. Now, many people, GUO Guoqing, and Mr. SHEN De, Mr. GUO Baosheng, and Ms. ZHU, and many programs invited me recently, many of them, and I believe there will be more and more because more people will have conscious, and more people will care about the country's democratic freedom and governance by law. China cannot be in a chaotic situation now. Chinese people must rely on governance by law, and governance by law needs a democratic foundation.

File name: GUO Wengui newest exposure has the shocking exposure about XI Jinping. The 19th National Congress will have large event onsite.mp4



**GUO Wengui: [00:12:00]** It needs a certain foundation of freedom. China needs its legal independence, and Chinese media need to be independent. Under the circumstances of national security interest, we must have this. This is what I pursue, and other things don't concern me. Yes, again, I'd like to clarify that GUO Qixiang is all the foundation of what I pursue. Governing the country according to law is the core. Fighting against the national traitors is for protecting the interests of the country and people, and it is fundamental, realistic and urgently in need. This is the position of Wengui. **[00:12:30]** Today's "Wengui September 10 safety greetings related to governing the country" ends here. Everything is just the beginning. Thank you for all Twitter friends' care and attention. Thank you!

File name: GUO Wengui newest exposure has the shocking exposure about XI Jinping. The 19th National Congress will have large event onsite.mp4