Exhibit C



