Exhibit D



**Speaker 1: [00:00:00]**
各位网友们,大家好!我是张新迪,今天是10月11号。我差不多有两个星期没有出来,从9月30号到现在,可能我最后一个节目是9月29号做的。那么,**[00:00:30]**
这几天呢,大家对我非常关心,我收到了好多的私人的问候,私下里对我的问候,我都没有回复。因为主要是还是安全考虑,我们不知道,我就是担心会被钓鱼。那么在此,对大家所有的关心和问候,我一并的表示感谢。真的谢谢大家!就冲大家对我的这些关心和爱护,我也一定不会半途而废。**[00:01:00]**
我一定会把这场战斗坚持下去。请大家放心!那么大家对我的关心呢,主要是有两个。第一是担心我的安全问题。所以,那么今天我跟大家讲,这个问题在美国这里,不会是大问题。不过大家不用太担心,还是要相信美国这里是一个法治的社会,非常完善的社会,这一点是中国大陆是没有办法相比的。**[00:01:30]**
那么,下面,两个星期前,自从我收到那个恐吓信之后呢,我按照大家的建议,已经去当地的警察局有报案。那么,警察局也有备案,所以我居住的环境周围,安全问题是大家不用担心的。所以,美国对居民的保护这个问题,绝对是没问题的。周围的保安工作会比平时会加强。**[00:02:00]**
我是在保护的范围之内。另外,大家就是担心我是不是被这个唐骗子,这个唐坏蛋给吓住了。这个也不用担心。这个是绝对不可能发生的。如果要说怕的话,也只能是唐骗子怕我,不存在我怕唐骗子这个问题。内心诚实的人,**[00:02:30]**
是无所畏惧的。我向来就是光明磊落,我一生没有伤害过任何一个人,没有做过一件坏事。我没有任何把柄握在任何人的手里。所以,我不怕,我没有任何理由来怕他们。但是在过去这两个星期呢,即使是在纽约开民主大会那两天,这个耿静,还有唐骗子,这两个人呢--

**Speaker 1: [00:03:00]**
他们暗地里对我的谩骂,攻击,威胁,恐吓,这些事一天都没有停止。他们以为是把我吓住了,其实,我也是在学郭先生,让大家知道知道。我也是观察观察,他们接二连三对我连续这样威胁和恐吓,他们还会耍出什么样的花招,还有什么样的伎俩,我也是在观察
。**[00:03:30]**他吓不倒我,但是这个唐骗子让人气大,这倒是事实。因为我这个人也比较情绪化,也很容易生气。可能头一段时间我家里人生病,我要照顾病人,可能是也有点累。所以家里人现在情况都很好,那么我可能心里也有点上火,要唐骗子又气我一下,所以我最近感觉身体是不太好。另外,有个网友担心**[00:04:00]**
是不是因为我上一个视频,说要破坏民主大会那个视频,被郭先生拦下来了,会不会我在情绪上有受打击,觉得很泄气。这个也不会。这个,因为大家相信我还是有足够的智商去理解郭大帅的意图的。因为他有整体的战略部署。我会完全理解,这个没问题的。我知道郭先生一贯的策略,就是要让直达飞一会儿,那么我们就让这个唐骗子**[00:04:30]**
再飞一会儿。所以,我不会为这个事情受什么打击。这点大家尽管放心。但是,我真的再一次感谢大家对我的关心和爱护和鼓励。我确实从内心对你们表示感谢。很多人这两天在议论,就是这两天发生的事,大家都会知道的。袁建军的爆料,对耿静的特务身份的爆料,他原先在前天夜里,**[00:05:00]**

File name: (20)郭文贵保卫战女侠大战唐骗子系列之三决胜篇10-11-17.mp4



眼里含着泪水，在冒着生命危险。就是在这个爆料的过程中，被黑客接连攻击了好几次，所以我们看的非常不完整。在这个问题上，袁先生付出了很多很多，在介入这个唐骗子这个整个过程。所以，袁先生是值得我们所有人尊敬的人。他确实是够得上是一个男子汉，也是一个了不起顶天立地的英雄。**[00:05:30]**

那么，就是有昨天播报，昨天公开跟唐伯桥正式切割，放了一段很长的那个录音。大家也了解了很多事情的真相。那么，对唐伯桥是骗子这个问题呢，骗捐，骗钱，一贯的撒谎，欺骗，进行小人的嘴脸，大家应该有充分的认识了。那么，如果还是有人拒绝去不相信，还是要--

**Speaker 1: [00:06:00]**
为唐伯桥辩护，那就不是智商的问题，那完全是立场问题，我们也就没有什么可以分辨的。今天呢，我这个事情也不会拖的时间太长，因为我这两天身体也不好，但是我今天就是不管多晚，我要出来跟大家见一面，答谢一下大家的关心。我今天呢主要是强调了还是唐伯桥不光是个骗子，他还是真的是一个**[00:06:30]**

特务，我们还是要对他继续揭露，但是揭露这个唐伯桥这个特务的事情呢，我们就是这几天注意一下郭先生的爆料的情况，我们就是注意不要跟他爆料的情况发生冲突，揭露这个骗子、特务非常重要，但是如果郭先生一有什么新的动向，我们就撤出，等郭先生空闲下来**[00:07:00]**

，我们也不要让这个网络太冷清，我们就揭露这个大骗子。今天呢我就想讲的是唐伯桥这个特务的事情，他的政治背景不光是我有证据，确实他有大量的迹象表明他是有中共的背景，**[00:07:30]**

但是呢这个人特别愚蠢，他是永远不能理解郭先生的大智慧的，从郭宝胜先生爆料的录音音频里我们也就听到了这个人特别愚蠢，自以为是，特别狂妄，这半年来一直是在绑架郭先生，他就像一个狗皮膏药粘在郭先生的身上，这半年郭先生对他爱的非常--**[00:08:00]**

我们从这个录音里听到的，他说话的口气，没有他就没有郭文贵了，他才是真正的民运的领袖，郭先生不懂政治，什么都不懂的，先有唐伯桥，才有郭文贵，他的本事大得了不起，对郭先生极尽威胁、恐吓，简直就是一个人渣，郭先生**[00:08:30]**

这半年被他绑架确实心里憋了不少的气，今天我们就替郭先生来出这口气，我们大家来骂一骂、扒一扒唐伯桥的底，这个无耻的小人，这两天是不是--

他以为他发短信每天来威胁我，一定是把我吓住了。

**Speaker 1: [00:09:00]**
我没出来讲话，他以为他的威胁、恐吓奏效了，把我吓住了。氓流子大哥这几天生病，不能出来讲话。那么他以为这个民主大会开完了，郭先生怕失去他这块臭肉，他以为郭先生还会一直为他站台，不能得罪他。**[00:09:30]**

他没有想到，郭先生虚晃一枪，又让他中计。他开完了这个大会，还得意忘形啊？！跑到个空房子里，连续做了好几个视频。这两天，哄哄自己，特别特别愚蠢。他没有想到他中了郭先生的计谋。他以为他跑在一个大房子里，**[00:10:00]**

我们就会相信他是有钱人了，那就是他生活的档次。他想错了。他把我们大家都当傻瓜，其实就是他本人是最大的傻瓜。我们都有看到了，他住的那个房子是他的家吗？

File name: (20)郭文贵保卫战女侠大战唐骗子系列之三决胜篇10-11-17.mp4

2



谁都能看出来，稍有一点头脑的人都能看出来，那是他的家吗？如果有资格住进那个房子的人，主人**[00:10:30]**

不可能窗帘也不挂吧，不可能连墙上没有任何装饰品，地板上没有任何装饰品。总而言之一句话，就是没有任何生活的气息，就是没有活人住在那个房子里面。他如果要敢把镜头转一下，往厨房照一下，保证锅碗瓢盆，过日子的什么东西都没有。就是从这一点也证明了，袁先生的调查是准确的。**[00:11:00]**

他就是中共养的一条狗。他就是把洛杉矶的领事馆当成自家房产，当了二房东。所以，这个房子现在空着，没人来住。他就利用这个空子，跑里面做了几个视频。你看他坐在沙发上那个德行，是坐在自己家里沙发上的那种感觉吗？他连动都不敢动。穿的那件破衣服，**[00:11:30]**我今天还是以貌取人，你看他穿的那个破衬衣，一个星期都没有换。年薪那么高，住在那么高档的房子里面，是他那副德行吗？是他那个流氓瘪三样儿吗？穿的那个衬衣，一星期都没有换。在美国有一个很重要的生活规律，不管多穷的人，不管多穷的人，每天早晨上班以前，从里到外，从上到下

**Speaker 1: [00:12:00]**

衣服全部要换新鲜的，干净的衣服。不是新买的衣服啊，就是新鲜干净的衣服。多穷的人都是这样。只有那个唐骗子，这个流氓瘪三，懒得要命。衣服既不勤快，不按时洗衣服，又没有足够的换洗衣服。说人家富豪**[00:12:30]**在家都穿T恤衫，他就连那个廉价低档的，连擦脚布都不如的T恤衫，他也没有，足够的换洗的。郭文贵先生也每天在家，每天健身的时候，都是穿T恤衫。人家那T恤衫多少钱呢？要上千块美金呢！唐骗子穿的那个T恤衫，是那个跳蚤市场，知道什么是跳蚤市场吧，就是露天市场。**[00:13:00]**

我做过服装的生意，他那个衬衫啊，去沃尔玛那个商店里啊，还没有那么低档的。就面料那么差，十块钱可以买一打的，我做过服装生意啊。就那种衬衫，要去露天市场的地摊里买。十块钱买一打。一打是多少？十二件。他就穿这种破烂衣服来着。他以为他跑到那个大房子里坐一下，弄两个视频，**[00:13:30]**他就是有钱人了？

所以这个人永远也不会深刻反省自己的问题到底出在哪里。如果要说他是一个正根儿八经的人，真正是为中国的民主革命踏踏实实做一点工作的人，我们大家会去介意他在哪里录过视频吗？会介意他是在厨房里，还是在他家的车库里，还是在他家的卫生间里，**[00:14:00]**

我们会去计较这个事情吗？他每天没事儿，除了吹还是吹，虚荣，无知，愚蠢！人家批评他在摩托，汽车旅馆里录视频，他今天就表现他有钱。不是住汽车旅馆，跑进大房子里，趁人家房子里没人住，他跑去录几个视频。永远，**[00:14:30]**

五十岁一个人，到现在没有学会如何做人。一个做人的基本要素都不懂，就是这么个货。开这个纽约民主大会，他以为郭先生为他站台，他自己现在看一看，他到底又没有跟--

**Speaker 1: [00:15:00]**

郭先生叫板的实力他有吗？所以这两天很多人议论，说郭宝胜跟唐骗子的贴哥是郭贵宝在内部人员起的内讧，这个说法我今天要纠正一下，唐骗子自始至终就不是郭文贵保卫战的成员，**[00:15:30]**

File name: (20)郭文贵保卫战女侠大战唐骗子系列之三决胜篇10-11-17.mp4



不是郭贵宝坚强的战士，也不是真正的挺国派，他从出现的第一天起他就是带着任务来的，他从高调表示挺多跟哥哥从加州不远万里、翻山越岭开车跑到纽约，他就是带着任务来的，他到纽约第一件事，我今天得到的一条消息，他到纽约的第一件事情就去唐宝**[00:16:00]**
会见吴征的一个弟弟，吴征是什么人大家都很清楚，为什么唐伯桥到纽约第一件事情就是拜访吴征在唐宝的弟弟？就是说明他真是带着共匪的任务来的，接触郭先生，就是接触郭先生，千方百计地找机会干掉郭先生，幸亏我们郭大队**[00:16:30]**
真正地具有了不起的智慧，从一开始就提防他，没有让他靠近，你看他在音频里说的，还要去郭先生家去喝酒，你看他那个流氓瘪三的样还想跟郭先生一起喝酒，你配吗？郭先生的酒吧是你端的吗？**[00:17:00]**
你看你那个穷酸样，你还要去郭先生家里喝酒，你在那个音频里左一句文贵兄，右一句文贵兄，叫了一百来句，文贵兄是你叫的吗？郭先生说唐伯桥是我亲--
唐伯桥是我兄弟，那是给你点脸，你这就是拿这个当成真的？你还真**[00:17:30]**
的跟人家郭先生称兄道弟起来，你配吗？你臭不要脸。文贵兄是你叫的，你叫郭先生喝酒，所以说唐伯桥这个唐骗子从一开始出现，他就是带着任务来的，要不然你解释解释，你为什么在中央公园等七天，等郭先生七天，你想干什么？你就是带着暗杀任务来的。

**Speaker 1:** **[00:18:00]**
告诉你，要不然一个耿静怎么那么卖力气，下雨天也待在中央公园里浇得像个落汤鸡。你不是特务是什么。你再解释解释，为什么2013年唐柏桥你会有机会回国探亲，为什么？为什么你会回国探亲？**[00:18:30]**
你不会共产党追杀的头号反共分子吗？不是共产党害怕的第一个海外女演员不就是你，唐骗子吗？你怎么会有资格回-
回中国大陆探亲呢？你怎么解释？你说你是偷渡到香港六哥把你救出来的，那么你为什么--**[00:19:00]**
你是不应该有中国护照的，但是为什么唐伯桥会有中国护照呢？你跑到台湾去被禁止入境，你还演了一场戏。为什么拒绝你入境？你拿美国的难民身份，你为什么会有中国的护照呢？你是偷渡跑出来的，你为什么有中国护照呢？啊，就算你家里人走后门托关系帮你办那个中国护照，那也是**[00:19:30]**
有效期十年啊。你来美国20多年了，你的护照也应该过期了。为什么你会有新-
更新的护照呢？唐柏桥你给大家解释解释唐骗子。2014年为什么你妈妈你姐姐你妹妹会有机会到美国探亲。你是共产党要追拿头号的反共要犯反共分子，**[00:20:00]**
为什么你的家里人会有机会到美国来探亲？唐骗子，你给大家解释解释。还有，头两天袁先生放了一段录音郭先生的，质问你唐柏桥的录音，质问你的内容我们都听到了。**[00:20:30]**
郭先生质问你那些文件是怎么回事，郭先生说我捐钱给你，是为了民主革命，不会给你唐柏桥本人。但是你先给我解释解释，这些文件是怎么回事。唐柏桥你现在赶快给大家解释解释这些文件怎么回事。这些文件就是在国内的那些网友支持你搞民主革命的，给你捐钱的网友。



**Speaker 1: [00:21:00]**
是他们的名单被你交到中共国安部，而且这些网友现在已经失踪了，他们为什么失踪呢？唐伯桥你解释解释。你不是特务是什么？那么这些证据郭先生手里有，我们没有，好，再问你一件事，唐骗子，开纽约的民主大会，就在我们眼前的事情，**[00:21:30]**，你为什么要播放德国纳粹的军歌？播放这种音乐，你为什么？当你把这个大会的录像在网上放出来的时候，有网友给我报信，告诉我你播放了什么音乐，你看到有网友给我报信，**[00:22:00]**
你赶紧把它删除，然后你欺骗大家说就在活见证那个事情，你坐在那个大房子这里，你说你删除的原因是因为受到了共产党对你的派撤攻击，你开个特大会，谁攻击你了？有什么共产党害怕的东西？你真的在骗谁啊？你把那个事情删除了，**[00:22:30]**
但是你能堵住参加会议这个27个人的嘴巴吗？他们都说活见证，活的证人，为什么你唐骗子要播放这个音乐，你给大家解释解释，我们都知道，这种音乐在欧洲的国家任何一个国家播放这种音乐，你是要坐牢的，你就是敬一个希特勒的军礼都是要进监狱的**[00:23:00]**
，你为什么唐骗子，美国这个社会这么多经济商都是犹太人在掌握，你在这个国家里播放，在开一个民主大会那么一个政治性的会议上，你放纳粹的音乐，你目的何在？**[00:23:30]**
按照你唐伯桥的修养，你是没有水平，你没有档次去了解这个音乐，是背后有人指使你放的音乐，是谁指使你的？目的何在？我们大家分析分析，你唐伯桥不是特务你是什么？

**Speaker 1: [00:24:00]**
你对郭先生恨之入骨。郭先生给你拉黑之后，你知道你的翅膀还不够硬，你千方百计还是绑架郭先生。这半年你就一直依靠绑架郭先生发展你自己的势力。然后还分化郭文贵**[00:24:30]**
保卫战的内部的力量，这就是你一直以来在干的事儿。前天晚上，袁建斌在揭露耿静的特务身份的时候，一直在遭到骇客攻击，为什么？为什么揭露耿静会一直要遭到攻击。那么因为耿静**[00:25:00]**
现在在生病，患的是乳腺癌三期，出于人道主义考虑，我今天不多提耿静。耿静的事以后再说，就是揭露唐柏桥。耿静是国安部在编的特务，是有特务经费的，唐柏桥是耿静发展的对象，是耿静的下线。所以唐柏桥虽然不**[00:25:30]**
是国安部的在编特务，也绝对是被特务统战的对象，是一个小特务。所以唐柏桥今天必须揭发你。你为什么拒绝袁建斌的传票，而且还欺骗大家。袁建斌就是故意来抹黑你，这是法治国家，为什么这些人要追**[00:26:00]**-
追究你，不去上法庭上告状，就在昨天那个晚上那个视频。在那个大房子里做那个视频，你还是再这样欺骗大家，为什么？你为什么不敢接袁建斌的传票？这件事情我再给大家简单的介绍一下。美国这个传票必须是被告人本人-
本人亲自领取亲自签名，如果任何亲戚朋友邻居 **[00:26:30]**
代理，法庭一定不承认不算数。那么这个唐骗子一直东躲西藏，到处打游击。袁先生自己本人有生命还有家庭，所以要是求人到处追踪他，给他送达传票--

File name: (20)郭文贵保卫战女侠大战唐骗子系列之三决胜篇10-11-17.mp4



**Speaker 1:** **[00:27:00]**
花费会非常庞大，所以袁先只能利用开民主大会这两天。坐飞机从加州赶到纽约，提前一个星期就来了。就想这两天抓住他，把传票送给他。但是他这样讲话，还要申请法院保护令。那么，法院保护令规定，他说袁先生会对他的人身安全有危险。那么法院要规定，**[00:27:30]** 袁先生两百米之内不能接近他。那么，袁先生只能在远处观察。那耿静给警察打电话，说袁先生包里有炸弹，要来攻击这个大楼。所以来了三辆警车，几十个警察。那么，袁先生有让警察，主动让警察检查自己的包。**[00:28:00]** 那么，有跟警察介绍这个故事的经过。本来警察想带袁先生把这个传票送给唐骗子，那么，唐骗子呢，对法律研究的特别透。因为坏人，坏人每天想着干坏事儿，就研究法律。他就在远处告诉这个警察，他说这个传票你不能接，这个文件你不能接。**[00:28:30]** 因为是加州来的，不是纽约来的。那么这个警察就把这个传票退回给袁先生。因为纽约的警察是没有义务去帮助加州的警察送这个传票。他没有这个义务。所以袁先生开大会这两天，没有办法把这个传票送到唐柏桥手里。但是，袁建军现在已经把这个整个过程录像录下来。**[00:29:00]** 保留了证据，已经交给了洛杉矶的法院法官。那么，洛杉矶的法官已经看到了这是事实，袁先生没有办法完成这个任务，送达这个传票。那么现在已经发布了命令，让这个法警，就是法庭里的警察，不是警察局普通的警察，是专门由法庭的警察 **[00:29:30]** 去完成送传票这个任务。那么这个传票很快就会送到唐柏桥的手上。那么唐柏桥上法庭的日子指日可待，我们拭目以待。看他到法庭上还怎么狡辩。唐柏桥这个特务的面目，我们必须要把他彻底地揭露开，因为--

**Speaker 1:** **[00:30:00]**
他对文贵保卫战的作用，破坏作用要大过夏夜凉石刀，大过任何一个人，他还是欺骗了很多的网友，他如果我们现在不揭露他，他还是要继续分化保卫战内部的力量，这个唐骗子，心里对郭文贵 **[00:30:30]** 充满了无比的仇恨，我们大家都知道，郭文贵先生是中国三千年历史上少见的大英雄，他肩负着重大的历史使命，他现在是冒着全家人的性命财产，担负着全家人的性命财产 **[00:31:00]** ，【听不清】，但是唐伯桥痛恨郭先生、嫉妒郭先生，对郭先生充满了无比的仇恨，我们听到了在那个音频里，他诅咒郭先生，要上帝来惩罚郭先生，我们都听到了那个音频，这个人有多么的恶毒，我们能容忍他吗？我们能容忍 **[00:31:30]** 这个小人这样来诅咒郭先生吗？所以今天我们怎么收拾他，我们是扒他的皮还是抽他的筋，我们拍死他还是踩死他，现在我们大家自己来决定等下决策，大家来决定这个唐骗子，我们要继续揭露他，必须让他从这个世界上彻底消失 **[00:32:00]** ，必须铲除这个大坏蛋，我今天就先讲到这里，我也没有太多准备，然后我们对他的揭露继续进行，再见。

File name: (20)郭文贵保卫战女侠大战唐骗子系列之三决胜篇10-11-17.mp4



**Speaker 1: [00:00:00]** Hello friends of the Internet. Hello everyone! My name is ZHANG Xindi, and today is October 11. I could not come out for almost two weeks. From September 30 to now, and maybe my last program was produced on September 29. Then, **[00:00:30]** for these few days, everyone was concerned about me. I received many private greetings from many people. I did not respond to the private greetings that I received. Because my main concern is safety, as we don't know, so I'm afraid that we will be entrapped. So, for all the greetings and concerns, I here want to thank all of you. I really want to thank everyone. For the care and attention that everyone has given me, I will definitely not stop in the middle. **[00:01:00]** I will keep fighting this war to the end. Please don't worry. There are mostly two concerns that people have for me. The first one is about my safety. So, I tell everyone today that this is in the US, so it shouldn't be a big issue. So people don't need to worry too much, and you need to believe that the US is a society governed by law, a mature society, and this is what mainland China cannot be compared to. **[00:01:30]** Then, two weeks ago, after I received the threatening letter, based on the suggestions of everyone, I went to the local police and reported it. So, the police station has the record, and around where I live, there is no need for everyone to concern about my safety. So, for the protection that the US has for its residents, there is no problem. The security work around me will be stronger than before. **[00:02:00]** I am within the scope of protection. Also, people were concerned whether I was scared by Liar TANG, this Scoundrel TANG. There is no need to worry about that either. This will absolutely not happen. If talking about scare, Liar TANG can only be scared by me, and there is no way that I'm afraid of Liar TANG. People who are honest from the inside **[00:02:30]** will not be afraid of anything. I'm always very honorable, and I never did anything to hurt anyone and I never did anything bad. I don't have anything in other people's hands that could be used against me. So, I'm not afraid, and I don't have any reason to be afraid of them. But in the last two weeks, even for the two days that the democratic meeting was held in New York, GENG Jing, and Liar TANG, these two people--

**Speaker 1: [00:03:00]** They secretly scolded me, attacked me, threatened me, tried to scare me, and it never stopped. They thought that they had scared me, but in reality, I was learning from Mr. GUO, just to let people know. I was just observing what other methods they would come up with after they continuously threatened and intimated me, and I was observing what other things they would do. **[00:03:30]** He cannot intimate me, but this Liar TANG makes people angry. That's a fact. Because I'm very emotional, very easy to get angry. Maybe because my family member was ill, and I needed to take care of the patient and I was exhausted. Now the family member is well, and maybe because I had too much heat in my heart, and Liar TANG made me angry, so I felt that my health is not very good these days. Also, an Internet friend is worried **[00:04:00]** that whether I uploaded a video, saying that it would damage the democratic meeting, that video was stopped by Mr. GUO, and whether I was discouraged by it emotionally, disheartened. Not so either. For that, because people believe that I still have sufficient intelligence to understand the intention of Mr. GUO. Because he has his overall strategic planning, I will totally understand, so this is not an issue at all. I know Mr. GUO's consistent strategy, that is to let the bullets fly for a while, and we will let this Liar TANG **[00:04:30]** also fly for a while. So, I will not be discouraged by this. Don't worry about that. But, I really want to say thanks again for everyone's care, protection and encouragement about me. I indeed want to thank you from my heart. Many people were discussing these two days, about the things that happened in these two days. People will

File name: (20)GUO Wengui Defense War: Female Warrior Fighting Against Liar TANG Series: No. 3 (Final Battle) 10-11-17.mp4



know. YUAN Jianjun exposed materials about GENG Jing being a secret agent. During the night of the day before yesterday, **[00:05:00]** with tears in his eyes, he faced a life threatening danger in this process of exposing the materials, and hackers attacked many times, so we couldn't watch it completely. For this issue, Mr. YUAN gave out a lot for being involved with the ordeal that had to do with Liar TANG. So, Mr. YUAN is someone that deserves our respect. He is indeed a man and a hero who did great things. **[00:05:30]** Then, yesterday there was an announcement, and yesterday the formal cutting off of the relationship with TANG Baiqiao was made public, and a long recording was played. People also learned the truth about many things. Then, for Liar TANG Baiqiao, he swindles for donations, he swindles for money, always swindling and lying, doing sneaky things, I think everyone has understood it now. So, if someone still refuses to believe it, and still wants to--

**Speaker 1: [00:06:00]** Defend TANG Baiqiao, this will not be an issue of intelligence, and it will be an issue of position, and we will not need to debate anything anymore. Today, I will not make this long, because my health is not good these days. But today, no matter how late, I will need to come out to meet everyone and to thank you for your care. Today, I want to emphasize that TANG Baiqiao is not just a liar, he is really a **[00:06:30]** secret agent. We will keep exposing him continuously, but the thing about exposing his secret agent identity, we need to pay attention to Mr. GUO's exposed materials, so that we will not have any conflict with his exposed materials. To reveal this liar, the secret agent thing is very important, but if Mr. GUO has anything new, we will withdraw and wait until Mr. GUO settles down. **[00:07:00]** We will not let the Internet be very quiet, and we will expose this big liar. Today, I want to talk about TANG Baiqiao, this secret agent. I not only have evidence about his political background, there are indeed a lot of signs indicating that he has the background of Chinese Communist Party. **[00:07:30]** However, he is very foolish, and he will never understand the wisdom of Mr. GUO. From the recording that Mr. GUO Baosheng exposed, we heard that this person is very foolish and arrogant with a big ego, and he has been kidnapping Mr. GUO in the past half year, just like a patch sticking on Mr. GUO's body, and in the past half year, Mr. GUO was extremely -- **[00:08:00]** We heard from the recording, his tone, that if it were not for him, there wouldn't be GUO Wengui, that he would be the real leader of the democratic movement, that Mr. GUO does not understand politics and does not understand anything. It is only because of TANG Baiqiao, that there is GUO Wengui. And that he has very powerful abilities, and he threatened and intimidated Mr. GUO, just like a scum. Mr. Guo **[00:08:30]** has been kidnapped by him in the past half year and really suffered a lot. Today, we will help Mr. GUO, and let's scold and discover the background of TANG Baiqiao, this shameless scum… for these two days… He thought that by using text messages to threaten me every day that I would be afraid.

**Speaker 1: [00:09:00]** I didn't come out and speak out. He thought that his threat and intimidation were effective, and that they scared me off. The scum brother was ill these few days and could not come out and speak. Then he thought that when the democratic meeting ended, and Mr. GUO was afraid of losing him, this stinky meat, and he thought that Mr. GUO would still support him and could not offend him. **[00:09:30]** He did not realize that Mr. GUO was just bluffing so that he fell for it. After this meeting, he still got carried away? He ran into an empty house and made several videos. For these two days, he fooled himself, especially stupid. He didn't think that he fell for Mr. GUO's scheme. He thought that he ran

File name: (20)GUO Wengui Defense War: Female Warrior Fighting Against Liar TANG Series: No. 3 (Final Battle) 10-11-17.mp4

2



into a large house that **[00:10:00]** we would believe that he was a person with a lot of money, and that would be his level of lifestyle. He was mistaken. He treated us as fools, but he himself was the biggest fool. We all saw it, and the house he lived was his home? Anyone can tell, anyone with some intelligence can tell. Is that his home? If a person has the credential to live in that house, it would be impossible for the owner **[00:10:30]** not to hang curtains, and it would not be possible not to have any decorations on the wall, and not to have any decorations on the floor. By all means, there is no sense of life there, and that is, there is no living person living in that house. If he dares to move the camera a little bit, to take a look at the kitchen, I can guarantee that there would be no plates, no bowls, nothing for living a life there. This also proves that Mr. YUAN's investigation is correct. **[00:11:00]** He is just a dog raised by the Chinese Communist Party. He uses the Chinese consulate in Los Angeles as his own house and becomes a second landlord. So, this house is empty with no one living there. He used this opportunity to make a few videos there. You see the look when he sat on the sofa. Is that the feeling one would have sitting on the sofa of his own home? He did not dare to move at all. That poor clothes that he wore, **[00:11:30]** and I still judge people by the look. You see that poor shirt that he was wearing. He didn't change it in a week. With such a high salary, living in such a high class house, is this how he will look? Will he look like a dirty rag hooligan? With that shirt that is not changed for a week. There is a very important lifestyle pattern in the US, that is, no matter how poor, no matter how poor, every morning before going to work, from inside to outside, from top to down,

**Speaker 1: [00:12:00]** the clothes should be changed for fresh and clean ones. Not clothes that are newly bought, but fresh and clean clothes. No matter how poor, it is like that. Just that Liar TANG, that scum hooligan, lazy to death. He is not diligent enough to wash his clothes on time and does not have sufficient clothes to change. People say that wealthy people **[00:12:30]** wear T-shirts at home. He doesn't even have a cheap low-end T-shirt to change to, a T-shirt that cannot even be compared to a rag that wipes feet. Mr. GUO Wengui also stays at home, wearing T-shirts when exercising every day. How much is the T-shirt? Thousands of US dollars. Liar TANG's T-shirt that he wore was from the flea market. You know what a flea market is, that is an open market. **[00:13:00]** I was in the clothing business before. That shirt that he had, even if you go to Wal-mart, they still don't have that low-end ones. The fabrics are so poor in quality, and you can buy a dozen of them with $10. I was in the clothing business before. That kind of shirt needs to be purchased from the vendors of an open market. $10 for a dozen. How many is a dozen? 12 of them. He wore this kind of poor clothes. He thought that he could sit in the big house and make two videos… **[00:13:30]** that he would become someone who has money? So this person will never deeply self-reflect where his issues lie. If he were an upright person, a person who is dedicated to working for the democracy movement in China, would we care where he made the videos? Would we care whether he did it in his kitchen, or in his garage, or in his bathroom? **[00:14:00]** He doesn't have anything to do every day but to boast, do things in vain, ignorantly and foolishly! People criticized him for making videos in a motel, so today he wanted to show off that he had money. Not staying in a motel, but going into a big house, when there was no one living there, he went inside to make several videos. Forever, **[00:14:30]** a fifty year old person still doesn't know how to be a person, still doesn't understand the basic elements of being a person. This is the person he is. For this New York Democratic Conference, he thought that Mr. GUO would support him. Now he sees, whether he--

File name: (20)GUO Wengui Defense War: Female Warrior Fighting Against Liar TANG Series: No. 3 (Final Battle) 10-11-17.mp4



**Speaker 1: [00:15:00]** Does he have the ability to argue with Mr. GUO? So in the last two days, many people discussed that it was the posts of GUO Baosheng and Liar TANG were made by GUO Guibao's internal people. For this, I'd like to correct it today. Liar TANG has never been a member of GUO Wengui's defense team. **[00:15:30]** He is not a firm soldier of GUO Guibao's [team], and not a real GUO supporter. From the first day, he came with a mission. He once explicitly expressed that he came with a mission driving from California to New York, and the first thing he did when he arrived in New York was to visit one of the younger brothers of Bruno WU in Tangbao. **[00:16:00]** We all know what kind of person Bruno WU is. Why did TANG Baiqiao visit the younger brother of Bruno WU in Tangbao the first thing when he arrived in New York? This indicates that he came with the mission from the Communist Party, to get in touch with Mr. GUO, and after contacting Mr. GUO, to find opportunities to kill Mr. GUO. Luckily our Mr. GUO **[00:16:30]** had his wisdom and started to take precautions against him since the beginning and didn't allow him to get close. You see what he said in the voice recording that he was going to have a drink at Mr. GUO's home. You see this scum hooligan still wanted to have a drink with Mr. GUO. Is he worthy of it? Is he worthy to hold drinks for Mr. GUO? **[00:17:00]** You see his poor look, and he still wanted to go to have a drink at Mr. GUO's home. In the audio, you said Brother Wengui again and again, and you said it about one hundred times. Is Brother Wengui something you should call Mr. GUO? Mr. GUO said that TANG Baiqiao is his – TANG Baiqiao is his brother, and that was to give you face, but you thought it was real? You really **[00:17:30]** called Mr. GUO a brother? Are you worthy of it? You stinky person who doesn't want your face. You called him Brother Wengui, and you asked Mr. GUO for a drink, so we see that TANG Boqiao, this Liar TANG, already had a mission when he was first appeared. Otherwise, you can explain, why did you wait in the Central Park for 7 days, waiting for Mr. GUO for 7 days. What did you want? You brought the mission of assassination.

**Speaker 1: [00:18:00]** I tell you, no wonder that GENG Jing worked so hard, waiting in Central Park during such a heavy rain. What are you if you are not a secret agent? You explain again, why did you TANG Boqiao have the opportunity to go back to China in 2013, why? Why did you go back to visit your family? **[00:18:30]** Aren't you the No. 1 anti-communist person pursued by the Communist Party? Aren't you the first overseas female actress that the Communist Party is afraid of, you, Liar TANG? How could you have the qualification of going back to China to visit your family? How do you explain that? You said that Sixth Brother saved you after you illegally went to Hong Kong, then why… **[00:19:00]** You should not have a Chinese passport, but why does TANG Baiqiao have a Chinese passport? You went to Taiwan but was not allowed to enter, and you played a game. Why did they refuse you to enter? You have the asylum status in the US, then why would you have a Chinese passport? You came out illegally, then why would you have a Chinese passport? Even if your family asked for favors and helped you with your passport, then the **[00:19:30]** valid period should be 10 years. You have been in the US for 20 years, and your passport should have been expired. Why would you be able to renew your passport? TANG Baiqiao, please explain it to us, you Liar TANG. Why would your mother, your older sister and your younger sister have the opportunity to visit you in the US in 2014? You are the top anti-communist person pursued by the Communist Party, **[00:20:00]** then why would your family members have the opportunity to visit you in the US? Liar TANG, please explain it to us. Also, a few days ago, Mr. YUAN played a recording of Mr. GUO, questioning you

File name: (20)GUO Wengui Defense War: Female Warrior Fighting Against Liar TANG Series: No. 3 (Final Battle) 10-11-17.mp4



TANG Baiqiao, and we listened to the content of his questions to you. **[00:20:30]** Mr. GUO asked you about the documents. Mr. GUO said that he donated money to you for the democratic movement, but it was not for you TANG Baiqiao. But please explain it to me, what are the files about? TANG Baiqiao, please hurry up and explain to us what the files are about. These files are about the internet friends in China who supported you for the democratic revolution, the internet friends who donated money to you.

**Speaker 1: [00:21:00]** You submitted the list to the Ministry of National Security of the Chinese Communist Party, and now these internet friends have all disappeared. Why did they disappear? TANG Baiqiao, please explain. If you are not a secret agent, then what are you? Mr. GUO has the evidence, but we don't. OK, then I will ask you one more thing. Liar TANG, for the democratic conference in New York, the things that happened in front of our eyes, **[00:21:30]** why did you play the Nazi military song? Why did you play this kind of music? Why? When you played the video of the conference on the Internet, some internet friends reported it to me, telling me what kind of music you played. When you saw that some Internet friends reported it to me, **[00:22:00]** you immediately deleted it, and then you lied to everyone about the live witness. Then you sat in that big house, and said that the reason you deleted it was because you suffered an attack from the Communist Party. You just hosted a conference, so who attacked you? What do you have that the Communist Party is afraid of? Who are you lying to? You deleted it, **[00:22:30]** but can you seal the mouths of the 27 people who participated in the conference? They are all live witnesses, live witnesses. Why did you Liar TANG play that music. Please explain it to us. We all know that anyone plays this music in any European country will be put in jail, and you will be put in jail if you greet others with the Hitler military hand gesture. **[00:23:00]** Why, you Liar TANG, when the Jewish people are controlling the economy in the US, played the Nazi music in such a country, in a democratic meeting, in such a political meeting? What was your purpose? **[00:23:30]** Based on your upbringing, you don't have the level to understand this music. Who ordered you to play this music? Who manipulated you? What was the purpose? Let's analyze, you TANG Baiqiao, if you are not a secret agent, then what are you?

**Speaker 1: [00:24:00]** You hate Mr. GUO to death. After Mr. GUO put you on his black list, you know that your did not have sufficient ability, but you still tried all the means possible to kidnap Mr. GUO. In the past half year, you developed your strength by kidnapping Mr. GUO. Then you tried to divide **[00:24:30]** the internal forces of Mr. GUO's defense, and this is what you have always been doing. In the evening of the day before yesterday, when YUAN Jianbin was disclosing the secret agent identity of GENG Jing, he was constantly attacked by hackers. Why? Why was he kept being attacked when he was exposing GENG Jing? Because GENG Jing **[00:25:00]** is ill now, and she has third-stage breast cancer, so for humane reasons, I will not talk about GENG Jing today. I will talk about issues related to GENG Jing in the future, and I will expose TANG Baiqiao. GENG Jing is a current secret agent of the Ministry of National Security, and has funds for being a secret agent. TANG Baiqiao is a target for which GENG Jing has tried to develop and is under GENG Jing. Therefore, although TANG Baiqiao is not **[00:25:30]** a current secret agent of the Ministry of National Security, he is absolutely a target of being recruited to be a secret agent and is a small secret agent. So, today, I will have to expose you TANG Baiqiao. Why did you refuse the summons from YUAN Jianbin and lie to everyone? Even if YUAN

File name: (20)GUO Wengui Defense War: Female Warrior Fighting Against Liar TANG Series: No. 3 (Final Battle) 10-11-17.mp4

5



Jianbin intentionally tried to defame you, this is a country that is governed by laws, and why would these people **[00:26:00]** want to pursue you, but not to sue you in court? In the video from last night, you made the video in that large house, and you still tried to lie to everyone. Why? Why were you afraid of taking YUAN Jianbin's summons? Let me briefly tell everyone about this. In the US, a summons has to be personally received and signed by the defendant himself. If it is done by any relatives, friends or neighbors, **[00:26:30]** the court would not admit it. Then, this Liar TANG kept hiding here and there, floating around. Mr. YUAN has a life and family, so if he tried to follow him and to give him the summons--

**Speaker 1: [00:27:00]** then the cost would be very expensive, so Mr. YUAN could only use the two days of democratic meeting, to fly from California to New York, and he arrived a week in advance. He wanted to catch him in those two days in order to give him the summons. But if he talks like this, he needs to apply for a protection order from the court. Then, the protection order of the court says that if he says Mr. YUAN poses a danger to his person, then the court states that **[00:27:30]** Mr. YUAN cannot approach him within two hundred meters, and Mr. YUAN can only observe him from afar. Then GENG Jing called the police, saying that there was a bomb in Mr. YUAN's bag and that he was going to attack the building. Three police cars came with dozens of policemen. Then, Mr. YUAN voluntarily allowed the police to examine his bag. **[00:28:00]**Then, he told the police about what happened. Originally the police wanted to give this summons to Liar TANG for Mr. YUAN, but Liar TANG studied the law thoroughly, because bad people think about doing bad things all the time, so he studied the law. He told the police from afar that he could not take this summons and that he could not take this document. **[00:28:30]** Because it came from California, not New York. Then the police returned the summons back to Mr. YUAN, because the police in New York does not have the obligation to help the police in California to deliver the summons. He does not have the obligation. So for the two days when Mr. YUAN attended the meeting, he could not deliver the summons to Mr. TANG Baiqiao. However, YUAN Jianjun videotaped the entire process. **[00:29:00]** It was kept as evidence and already given to the judge in the court in Los Angeles. Then, the judge in Los Angeles already saw this fact, and Mr. YUAN could not complete the task of serving this summons. Now an order is made, and to have the bailiff, that is the police in the court, not the regular police in the police station, but special police in the court **[00:29:30]** to complete the task of serving this summons. Then this summons will soon be delivered to TANG Baiqiao. So, the day that TANG Baiqiao goes to the court is coming soon, and we will be waiting to see how he argues in court. We must completely expose the secret agent identity of TANG Baiqiao because--

**Speaker 1: [00:30:00]** For the defense of GUO Wengui, he can cause more damaging effect than a cold stone knife in a summer night, greater damaging effect than any person. He still swindled many internet friends, and if we don't expose him now, he will still keep dividing our internal defense force. In his heart, Liar TANG has enormous hatred towards GUO Wengui. **[00:30:30]** We all know that Mr. GUO Wengui is a rare hero in the last three thousand years of the history of China. He bears an important historical mission, facing the danger of losing the life and assets of his entire family, bearing the burden of life and assets of his entire family. **[00:31:00]** [unclear] but TANG Baiqiao hates Mr. GUO, is jealous of Mr. GUO and has enormous hatred towards Mr. GUO. We heard in that audio recording, he

File name: (20)GUO Wengui Defense War: Female Warrior Fighting Against Liar TANG Series: No. 3 (Final Battle) 10-11-17.mp4



cursed Mr. GUO and wanted God to punish Mr. GUO. We all listened to the audio recording. Can we tolerate such an evil person? Can we tolerate **[00:31:30]** such a scum to cast a bad spell on Mr. GUO? So how should we deal with him today? Do we peel off his skin or take out his tendons, or do we hit him to death or step on him to death? Let's decide the strategy for the future. We all have to make a decision about this Liar TANG, and we will continue to expose him and we have to let him disappear from this world. **[00:32:00]** We must eliminate this bad person. I will stop it here today. I didn't prepare too much, and then we will continue to expose him in the future. Bye.

File name: (20)GUO Wengui Defense War: Female Warrior Fighting Against Liar TANG Series: No. 3 (Final Battle) 10-11-17.mp4