# Exhibit E

这是第一次，这是文贵第一次和推友私下视频

为什么？因为我们经受住了考验。因为我们确定了我们有共同的目标。而且我们今天大家之间都经历了最基本的考验、摸索。现在就举个例子对比一下来看(inaudible)。唐柏桥(ph)，唐柏桥先生就是个很好的例子啊。这个*唐柏桥*先生最早上来支持我的，杨建豪(ph)先生也是最早上来支持我的。功劳巨大，帮了很多的忙。但是，这个张斌先生看得非常清楚啊。这个小杨啊，咱今天是私下里说，这个老代表我去干事。还有一个就是他搞傅政华的资产事情啊，这对待我们的伤害啊，绝不是说那点钱，那算什么呀。这个伤害是对我们当初的战友的感情和我们出生历练(inaudible)上留下的永远我们抹不掉的黑的痕迹。这是我们失败的一面。还有一个*唐柏桥*先生，我一直尝试着去感恩，去团结他。你们不知道啊，我在这个整个和*唐柏桥*先生交往当中受到了整个海外的、他的敌人的攻击、怨恨,给我带来的负面的东西太多了。可是，我们的感情，我们做人的道德，最终没有战胜这个真理的力量。*唐柏桥*先生是经受不住考验的。一会儿我会把他给我发的二十几分钟的音频转发给你们看。大家别发到公共，外面去。杨宏斌(ph)先生讲了一句非常重要的话，说君子啊，即使闹掰了，也不要去做小人的事。我不会去发表公开。但是大家需要知道，这个音频里边*唐柏桥*先生犯了最大的错误。文贵就是从草根农民开始，我这个吃过百家饭，没有人敢跟我那么说话，也没有人那么对待过我。这点说明了*唐柏桥*先生的几个问题。第一，你们听到音频里会发现，他强调的是我不缺钱，开会两三万美元，我一个募捐就是五十万美元。这句话让我非常之惊讶。就是证明了所有人给我提供的他的资料，这说明了什么？他是把民运搞成了民捐了。他把民运当成了生意了。这点在这个里边绝对证实啦。第二个就是他什么事都把太太给抬出来。总是用私人感情绑架理想，绑架我们的战斗目标。那这个是公私不分的啊。第三个我觉得是非常让我惊讶的事情。他这个狂妄到了说，好像没有他就没有文贵爆料的今天，还有我们今天对盗国贼们的战斗结果。那这个是自不量力的。综上所述，他的民主大会是，目的是不纯的，此人的政治素质、道德修养是不够的。所以说，我通过这个事情呢我毅然、我赶快决策(ph)地拉黑了他。像小杨那个，我没办法，必须拉黑他。那么像傅政华就更不值一提啦。必须得拉黑了啦。

在这种情况下…我们要把日本这个要关掉啦，它一直在干扰，我们把它关掉。就是两个屏，因为它一直在跳。我要把日本这个关掉啦，因为它一直在跳。现在一直有在黑客中。我昨天跟潘先生的那个，就被黑客了，已经被黑客啦。然后啦，所以说，日本那边余先生这边您一直听不到我说话。您那个屏一直闪。我先把您挂断，然后您再连，等一下啊。余先生，挂断一下。余先生，等一下我们再连一下，您听不到我声音可能是。抱歉您可能听不到。（女声：请您挂断一下，他在跟您连）。（第二男声：没事，我这边有手机跟他联系。）（第三男声：我们都可以，很清楚。）

我接着说，那么其实啦，这个*唐柏桥*先生在北京有个五百万美元的房子。我早就知道。大家千万别忘了。我最擅长的天生的本事，还有这二十八年都是跟情报人员打交道啦。咱们真正的核心力量今天还是在国内的情报部门儿，不管是二部、三部，不管是…(inaudible)还是公安部一局，你放心，我们的朋友比敌人更多。这是咱们巨大的力量。所以说啦，我们对他是了解的，是把握的。但是啦，我还是想把他拉过来。最后呢，他还是没有做到，甚至他让我很失望。从这件事情上，我们总结可以发现个什么问题呢？所有的我们今天在座的各位，我们一定

This is the first time I, Wengui, am having a private video chat with my Twitter friends.

Why? Because we've withstood the test. Because we've confirmed that we share a common goal. And we together have gone through the most essential test and exploration. Let's take a look at an example for contrast (inaudible). TANG Baiqiao is such a good example. Both *Mr. TANG Baiqiao (ph)* and Mr. YANG Jianhao (ph) were my early supporters. They helped me a lot. But Mr. ZHANG Bin managed to clearly see through them. YANG, let me tell you in private today, he did a lot of work for me. He targeted the assets of FU Zhenghua. The harm he did to us is far beyond the monetary loss. The harm is an inerasable stain on our emotional bond as comrades and all the things we've gone through together (inaudible). This is our failing side. In addition, I always try to be thankful for and unite with Mr. *TANG Baiqiao*. You may not know what my relationship with Mr. *TANG Baiqiao* has inflicted on me. I have to endure attacks, resentment and so many negative things from overseas and his enemies. However, our feelings and moral integrity ultimately failed to overcome the power of truth. *Mr. TANG Baiqiao* is unable to withstand the test. Later I will forward you an audio file of 20+ minutes he sent to me. Remember not to make it public. As Mr. YANG Hongbin (ph) said, it's important that a gentleman turning against someone will not do things what a nasty person would do. I will not make it public. But you need to know that Mr. *TANG Baiqiao* made a big mistake in that audio recording. I, Wengui, used to be a grassroots farmer. I have seen many things. Nobody dared to talk to and treat me like that. That shows some problems with Mr. *TANG Baiqiao*. First, as you can hear from the audio recording, he stressed I'm affluent as I easily made a donation of USD 500,000 while a meeting costs only USD 20,000 to 30,000 US. Such notion astounded me very much. It proved what others said about him. What exactly? He regarded democratic movement as democratic donation. He regarded democratic movement as a business. This has been absolutely corroborated in [the recording]. Second, he brings up his wife for everything. He always favors personal relationship over our ideals and fighting goals. He can't make a clear distinction between public and private interests. Third, much to my astonishment, he is so conceited that he said my whistle blowing and the results of our fight against traitors would be impossible without him. Undoubtedly he overestimated himself. In conclusion, his purpose to attend the democratic congress is impure and his political quality and morality are substandard. So, afterwards, I blacklisted him quickly and resolutely (ph). Yang, I have no choice but to blacklist him. FU Zhenghua is also not worth mentioning. I have to blacklist him, too.

In this case... we need to turn off [the video chat] with Japanese friends given its signal interference. There are two screens, and that one is unstable. I need to turn off the one with Japanese because of its jitter. There are many hackers out there. The [video chat] I had with Mr. PAN yesterday was hacked. So, Mr. YU, you are in Japan and may not able to hear me all the time. The screen connecting with you has been flashing. I'll disconnect you first, and then you can re-connect after a while. Mr. YU, please disconnect. Mr. YU, we'll connect again after a minute as you may not hear me now. Sorry, you may not hear me. (Female voice: Please hang up, he'll re-connect with you.) (Second male voice: It's okay. I have a cell phone to contact him.) (Third male voice: We can hear it clearly.)

I'll continue then. In reality, Mr. *TANG Baiqiao* owns a house in Beijing that is worth USD 5 million. I knew about it a long time ago. Please don't forget that I'm naturally damn good at dealing with

intelligence agents in which I have 28 years of experience. Our real core force is none other than the domestic intelligence agencies, including Department II, III ... (inaudible) as well as the Ministry of Public Security. Rest assured, we have more friends than enemies. That is the source of our great strength. So to speak, we know him well. But I still want to rope him in. At the end of the day, he didn't make it, and he greatly disappointed me. What can we conclude from this? Listen, all of us here today, we must ...