UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BAIQIAO TANG a/k/a
TANG BAIQIAO and JING GENG,

   Plaintiffs,

-vs-

WENGUI GUO a/k/a MILES KWOK, a/k/a GUO
WENGUI a/k/a HO WAN KWOK and GOLDEN
SPRING (NEW YORK) LTD

   Defendants

---

: Case No. 1:17-cv-09031 (JFK)

**NOTICE OF CHANGE**
**OF FIRM NAME**

TO: THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE THAT Aaron A. Mitchell, Esq., attorney for Defendants, moved his office to, and requests that all pleadings, papers and documents be served upon it at, the following address:

    Aaron A. Mitchell, Esq.
    Lawall & Mitchell, LLC
    162 East 64th Street
    New York, New York 10065
    (917) 232-9851
    aaron@lmesq.com

PLEASE TAKE FURTHER NOTICE THAT Aaron A. Mitchell, Esq., remains attorney of record for the defendants Wengui Guo, a/k/a Miles Kwok, a/k/a Guo Wengui, a/k/a Ho Wan Kwok and Golden Spring (New York), Ltd.

DATED: May 9, 2019
New York, New York

    Respectfully submitted,

    By: _____
    Aaron A. Mitchell, Esquire
    Law Offices of Lawall & Mitchell, LLC
    162 East 64th Street
    New York, New York 10065
    (917) 232-9851
    aaron@lmesq.com
    *Attorney for Defendants*