UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAIQIAO TANG a/k/a TANG BAIQIAO and JING GENG,<br><br>    *Plaintiffs*,<br><br>v.<br><br>WENGUI GUO a/k/a MILES KWOK a/k/a GUO WENGUI a/k/a HO WAN KWOK, GOLDEN SPRING (NEW YORK) LTD., RULE OF LAW FOUNDATION III INC., RULE OF LAW SOCIETY IV INC., and SARACA MEDIA GROUP, INC.,<br><br>    *Defendants*. | Case No: 1:17-cv-09031-JFK<br><br>**STIPULATION AND ACKNOWLEDGEMENT OF SERVICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs Baiqiao Tang a/k/a Tang Baiqiao ("Mr. Tang") and Jing Geng ("Jing," and collectively with Mr. Tang, "Plaintiffs") and Rule of Law Foundation III Inc. ("ROL Foundation"), and Rule of Law Society IV Inc. ("ROL Society" and with ROL Foundation, the "ROL Defendants"), that the undersigned Counsel for ROL Defendants accepts service of process on behalf of the ROL Defendants in lieu of actual service.

**IT IS FURTHER STIPULATED AND AGREED** that the ROL Defendants' time to answer or otherwise respond to the Complaint is hereby extended to and includes January 17, 2020.

Dated: December 9, 2019

| | |
|---|---|
| LEWIS & LIN, LLC | NORRIS McLAUGHLIN P.A. |
| By: /s/ Justin Mercer | By: _____ |
| David D. Lin, Esq. (DL-3666) | Steven J. Reed, Esq. |
| Justin Mercer, Esq. (JM-1954) | |
| 81 Prospect Street, Suite 8001 | 400 Crossing Blvd., 8th Floor |
| Brooklyn, NY 11201 | Bridgewater, New Jersey 08807 |
| Tel: (718) 243-9323 | Tel: (908) 252-4157 |
| Fax: (718) 243-9326 | Fax: (908) 722-0755 |
| Email: david@iLawco.com | Email: sjreed@norris-law.com |
| justin@iLawco.com | |
| | |
| *Counsel for Plaintiffs* | *Attorneys for Defendants* |
| | *Rule of Law Foundation III Inc. and* |
| | *Rule of Law Society IV Inc.* |