UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    Tang

    -V-              #17 Cv 9031 (JFK)

    Guo
------------------------------X

The conference in this case, set for Tuesday, December 17, 2019, is rescheduled from 11:00 a.m. to 11:30 a.m. in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

12-12-19

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-19