UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        Tang

        -V-                         :        #17 Cv 9031 (JFK)

        Guo
------------------------------X

A pretrial conference is set for January 21, 2020 at 11 a.m. in Courtroom 20-C

The purpose of the conference is to discuss the status of this case.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-18-19

SO ORDERED.

Dated: New York, New York

12-18-19

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge