USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2021

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

BAIQIAO TANG *a/k/a* TANG BAIQIAO
and JING GENG,

                       Plaintiffs,                       **17-CV-9031 (JFK) (KHP)**

         -against-                                       **ORDER**

WENGUI GUO *a/k/a* MILES KWOK
*a/k/a* GUO WENGUI *a/k/a* HO WAN
KWOK, GOLDEN SPRING (NEW YORK)
LTD., RULE OF LAW FOUNDATION III INC.,
RULE OF LAW SOCIETY IV INC., and
SARACA MEDIA GROUP, INC.,

                       Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      This Court was informed by Plaintiffs' attorneys' letter dated February 23, 2021 (filed ex parte) that Plaintiff Baiqiao Tang has failed to participate in this action and has failed to respond to inquiries from his own counsel. By **March 31, 2021** Plaintiff Tang shall file a letter with the Court indicating whether he will participate in this action, as is required, and whether he has retained new counsel or wants to proceed pro se.

      The Court notes that failure to comply with this order may result in Plaintiff Tang's dismissal from this action for failure to prosecute. Counsel for Plaintiff Geng, Lewis & Lin LLC, shall serve a copy of this Order on Plaintiff Tang and file a letter with this Court on ECF demonstrating proof of service to Plaintiffs' last known address and last known email address.

**SO ORDERED.**

DATED: New York, New York
March 1, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge