```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

BAIQIAO TANG *a/k/a* TANG BAIQIAO
and JING GENG,

                          Plaintiffs,                        17-CV-9031 (JFK) (KHP)

       -against-                                              **ORDER**

WENGUI GUO *a/k/a* MILES KWOK
*a/k/a* GUO WENGUI *a/k/a* HO WAN
KWOK, GOLDEN SPRING (NEW YORK)
LTD., RULE OF LAW FOUNDATION III INC.,
RULE OF LAW SOCIETY IV INC., and
SARACA MEDIA GROUP, INC.,

                          Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On March 1, 2021 the Court issued two Orders in this case. The first, filed at ECF No. 75, was an Opinion and Order granting Lewis & Lin LLC's application to withdraw as counsel for Plaintiff Baiqiao Tang only.[1] The second, filed at ECF No. 76, was an Order directing Plaintiff Tang to file a letter with the Court by March 31, 2021 indicating whether he intends to participate in this action, whether he has retained new counsel, and/or whether he wants to proceed pro se. The Court ordered Lewis & Lin LLC to serve copies of both of these Orders on Plaintiff Tang and to file proof of service with the Court on ECF. To date, no such proof of service has been filed.

---

[1] Lewis & Lin still represents Plaintiff Jing Geng in this action.

Accordingly, the Court hereby orders Lewis & Lin LLC to serve the aforementioned Orders on Plaintiff Tang by no later than April 19, 2021 and to file proof of service immediately thereafter with the Court.  Given counsels' failure to file proof of service consistent with the Court's prior Orders, Plaintiff Tang will have until May 3, 2021 to inform the Court as to whether he intends to pursue this case and whether he has retained new counsel.  Finally, the Court cautions Plaintiff's counsel that continued failure to comply with Court Orders may result in sanctions.

**SO ORDERED.**

DATED:     New York, New York
           April 9, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge