# LEWIS & LIN LLC

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/19/2021

Brett E. Lewis
David D. Lin

Michael D. Cilento
Roberto Ledesma
Justin Mercer
Lauren Valli
Yuanjun Zhu

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: Justin@iLawco.com

> **APPLICATION GRANTED:** The telephonic Status Conference in this matter scheduled for Tuesday, April 20, 2021 at 12:45 p.m. is hereby rescheduled to <u>Tuesday, July 27, 2021, at 10:00 a.m.</u> Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code 4858267. Plaintiffs are directed to serve a copy of this endorsement on the Pro se Plaintiff
>
> APPLICATION GRANTED
>
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 04/19/2021

April 19, 2021

**By ECF**
The Honorable Katherine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

<i>Tang et al. v. Guo, et al.</i>, Case No. 1:17-cv-09031-JFK-KHP

Dear Magistrate Judge Parker:

I am counsel for Plaintiff Jing Geng ("Ms. Geng" or "Plaintiff") and I write to advise Your Honor that I just recently learned that my remaining client, Ms. Geng, died. As of today, I have not been in contact with a known-representative of my former client's estate (or know if there is even an estate), and thus am not yet in a position to advise how to proceed. I believe that we would need a few months to investigate these issues and coordinate how next and best to proceed.

I also advised my colleagues of the status, including the prospect of Tuesday's status conference. Collectively, we agreed that it the upcoming status conference should be adjourned until such time as we are in a position to advise how best to proceed.

Respectfully submitted,

*/s/ Justin Mercer*
Justin Mercer

cc:   Counsel for Defendants (via ECF)
      David D. Lin, Esq. (via ECF)
      Plaintiff Mr. Tang (via email)