```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAIQIAO TANG a/k/a TANG BAIQIAO and JING GENG,<br><br>                            Plaintiffs,<br><br>  - against -<br><br>WENGUI GUO a/k/a MILES KWOK a/k/a GUO WENGUI a/k/a HO WAN KWOK, GOLDEN SPRING (NEW YORK) LTD., RULE OF LAW FOUNDATION III INC., RULE OF LAW SOCIETY IV INC., and SARACA MEDIA GROUP, INC.,<br><br>                            Defendants. | Case No. 1:17-cv-09031-JFK - KHP |

## ORDER GRANTING WITHDRAWAL OF APPEARANCE OF MARK I. BAILEN

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration, Mark I. Bailen of Baker & Hostetler LLP, is hereby withdrawn as counsel for Defendants Wengui Guo, also known as Miles Kwok, also known as Guo Wengui, also known as Ho Wan Kwok, Golden Spring (New York) Ltd. and Saraca Media Group Inc.

SO ORDERED:

*/s/ Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
**09/30/2021**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAIQIAO TANG a/k/a TANG BAIQIAO and JING GENG,<br><br>                          Plaintiffs,<br><br>    - against -<br><br>WENGUI GUO a/k/a MILES KWOK a/k/a GUO WENGUI a/k/a HO WAN KWOK, GOLDEN SPRING (NEW YORK) LTD., RULE OF LAW FOUNDATION III INC., RULE OF LAW SOCIETY IV INC., and SARACA MEDIA GROUP, INC.,<br><br>                         Defendants. | Case No. 1:17-cv-09031-JFK<br><br>**DECLARATION OF MARK I. BAILEN** |

I, Mark I. Bailen, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at the law firm of Baker & Hostetler LLP, attorneys for Defendants Wengui Guo, also known as Miles Kwok, also known as Guo Wengui, also known as Ho Wan Kwok, Golden Spring (New York) Ltd. and Saraca Media Group Inc. in this case. I am admitted to practice in this Court and respectfully submit this Declaration in support of the Proposed Order Granting Withdrawal of Appearance of Mark I. Bailen.

2. Plaintiff commenced this action on November 17, 2017, ECF No. 1. On February 9, 2018, Plaintiff filed First Amended Complaint. ECF No. 17 and Second Amended Complaint on November 21, 2019, ECF No.37. On September 20, 2021, Magistrate Judge Katharine Parker issued an order allowing Defendants to file a Motion to Dismiss by October 20, 2021, ECF No.89.

3. <u>Baker & Hostetler LLP will continue to represent Defendants Wengui Guo, also known as Miles Kwok, also known as Guo Wengui, also known as Ho Wan Kwok, Golden Spring (New York) Ltd. and Saraca Media Group Inc. in this case</u>

4. I am not asserting a retaining or charging lien in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 30, 2021            /s/Mark I. Bailen
                                                          Mark I. Bailen