UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAIQIAO TANG a/k/a TANG BAIQIAO and JING GENG,<br><br>Plaintiffs,<br><br>-against-<br><br>WENGUI GUO a/k/a MILES KWOK a/k/a GUO WENGUI a/k/a HO WAN KWOK, GOLDEN SPRING (NEW YORK) LTD., RULE OF LAW FOUNDATION III INC., RULE OF LAW SOCIETY IV INC., SARACA MEDIA GROUP, INC.,<br><br>Defendants. | Case No. 1:17-cv-09031 (JFK) (KHP)<br><br>**PROPOSED ORDER** |

Plaintiff Baiqiao Tang a/k/a Tang Baiqiao ("Plaintiff Tang") has failed to comply with this Court's Order dated March 1, 2021 and has failed to prosecute his claims.

Plaintiff Jing Geng ("Plaintiff Geng") passed away in April 2021 and no motion to substitute a proper party, or for an extension of time to do so, has been filed.

IT IS THEREFORE ORDERED, DECREED AND ADJUDGED that all claims and causes of action asserted in this action by Plaintiff Tang and Plaintiff Geng are dismissed with prejudice.

SO ORDERED:

_____
John F. Keenan, U.S.D.J.

8